# JOSEPH & KIRSCHENBAUM LLP

**Attorneys at Law**

| | |
|---|---|
| Charles Joseph | 45 Broadway, Suite 320 |
| D. Maimon Kirschenbaum | New York, NY 10006 |
| Denise Schulman | Tel: 212-688-5640 |
| Josef Nussbaum | Fax: 212-981-9587 |
| Lucas Buzzard | www.jk-llp.com |
| Leah Seliger | |
| Michael DiGiulio | |

February 9, 2026

**VIA ECF**

Honorable Robert W. Lehrburger
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

> In light of the parties' representations, the request is granted so that the parties may focus on a potential resolution through mediation in March. The conference scheduled for February 12, 2026 is cancelled but will be rescheduled if mediation is not successful. The parties shall file a joint status report by April 7, 2026.
>
> SO ORDERED:
>
> 2/9/2026
>
> HON. ROBERT W. LEHRBURGER
> UNITED STATES MAGISTRATE JUDGE

Re:    ***Cantu v. Gen Manhattan NYU, L.P. et al,***
      ***25-cv-9323 (VSB)(RWL)***

Dear Judge Lehrburger:

We represent the Plaintiffs in the above-referenced matter. We write, on behalf of all parties, to respectfully inform the Court that, pursuant to Judge Broderick's Mediation Referral Order (ECF No. 9), the parties have agreed to attend a mediation, and are confirming their availability to mediate in the last week of March 2026. Accordingly, to preserve the Court's and the parties' time and resources, we respectfully request that the initial conference scheduled for February 12, 2026, the related Rule 26(f) case management report, and all other deadlines/motions be held in abeyance pending the outcome of that mediation. If the Court approves this request, the parties are prepared to provide the Court with a status report in early April 2026.

We thank the Court for its attention to this matter.

Respectfully submitted,

**JOSEPH & KIRSCHENBAUM LLP**

_s/Josef Nussbaum_
Josef Nussbaum
45 Broadway, Suite 320
New York, NY 10006
(212) 688-5640