UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CANTU et al.,                                          :         25-CV-9323 (VSB) (RWL)
                                                       :
                            Plaintiff,                 :
                                                       :         **ORDER**
          - against -                                  :
                                                       :
GEN MANHATTAN NYU L.P. et al.,                         :
                                                       :
                            Defendant.                 :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

A motion to compel arbitration was filed on January 23, 2026.  (Dkt. 10.)  At the parties' request, the response deadline for the motion and other deadlines were stayed so that the parties could focus on settlement.  (Dkt. 15.)  The parties were ordered to file a status report by April 7, 2026, but have not done so.  (*Id.*)  Accordingly, by **July 1, 2026**, the parties shall file a joint status report.  The Court will not continue to hold deadlines in abeyance and, absent good cause, will reset the previously stayed deadlines so that the case may proceed.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:  June 26, 2026
        New York, New York

Copies transmitted this date to all counsel of record.

1