UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CANTU et al.,

Plaintiff,

- against -

GEN MANHATTAN NYU L.P. et al.,

Defendant.

---

25-CV-9323 (VSB) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The parties have not filed any further status report as was required by July 8, 2026. (See Dkt. 18.) As warned in the order at Dkt. 16, the Court will not continue to hold deadlines in abeyance. The parties have not demonstrated good cause to do otherwise. Accordingly, Plaintiffs shall file any opposition to Defendants' motion to compel arbitration by **July 16, 2026**; any reply from Defendants must be filed by **July 23, 2026**.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 9, 2026
New York, New York

Copies transmitted this date to all counsel of record.