UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARTEMIO CANTU and REFUGO CANTU, on
behalf of themselves and others similarly situated,

Plaintiffs,

-against-

Civil Case No.: 25-cv-09323 (VSB)

GEN MANHATTAN NYU, L.P., d/b/a GEN
KOREAN BBQ, and GEN RESTAURANT
GROUP, INC.,

Defendants.

---

## JOINT STIPULATION AND PROPOSED ORDER

**WHEREAS**, on November 7, 2025, Plaintiffs Artemio Cantu and Refugo Cantu (Plaintiffs") filed a Complaint against Defendants Gen Manhattan NYU, L.P., d/b/a Gen Korean BBQ, and Gen Restaurant Group, Inc. ("Defendants" and collectively with Plaintiffs, the "Parties") in the U.S. District Court for the Southern District of New York (Case No.: 25-CV-09323) (Dkt. No. 1); and

**WHEREAS**, the Parties have identified a binding and enforceable agreement which provides that any claims, disputes, or controversies between them shall be resolved in binding arbitration;

**IT IS HEREBY STIPULATED AND AGREED** that the Parties have therefore agreed to resolve this matter through said mechanism pursuant to the Federal Arbitration Act, 9 U.S.C. § 3; and

**IT IS FUTHER STIPULATED AND AGREED** that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs and the Clerk of Court is respectfully requested to close this case.

| JOSEPH & KIRSCHENBAUM LLP | BARNES & THORNBURG LLP |
|---|---|
| s/*Josef Nussbaum*<br>D. Maimon Kirschenbaum<br>Josef Nussbaum<br>*Attorneys for Plaintiffs*<br>45 Broadway, Suite 320<br>New York, NY 10006<br>(212) 688-5640<br>maimon@jk-llp.com<br>jnussbaum@jk-llp.com<br><br>Dated: 7/15/2026 | */s/ V. Chisara Ezie-Boncoeur*<br>By: V. Chisara Ezie-Boncoeur<br>NY Bar No. 5333224<br>BARNES & THORNBURG LLP<br>201 S. Main Street, Suite 400<br>South Bend, Indiana 46601-2130<br>Telephone (574) 233-1171<br>Facsimile: (574) 237-1125<br>Email: cezie@btlaw.com<br><br>Dated: 7/14/2026 |

SO ORDERED:

_____
U.S.D.J