UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARTEMIO CANTU and REFUGIO CANTU, on behalf of themselves and others similarly situated,

Plaintiffs,

-against-

GEN MANHATTAN NYU, L.P., d/b/a GEN KOREAN BBQ, and GEN RESTAURANT GROUP, INC.,

Defendants.

Civil Case No.: 25-cv-09323 (VSB)

**JUDGMENT**

WHEREAS pursuant Rule 68 of the Federal Rules of Civil Procedure, Defendants Gen Manhattan NYU, L.P., d/b/a Gen Korean BBQ, and Gen Restaurant Group, Inc. ("Defendants") having offered to allow judgment to be entered against them and in favor of Plaintiffs Artemio Cantu and Refugio Cantu ("Plaintiffs"); and

WHEREAS the offer of judgment encompasses all of Plaintiffs' Causes of Action contained in the Complaint, based upon facts existing as of the date of acceptance of the offer; and

WHEREAS all the terms of the offer of judgment are hereby incorporated into this Judgment; and

WHEREAS Plaintiffs have confirmed acceptance of Defendants' offer of judgment; it is hereby,

ORDERED, ADJUDGED, AND DECREED that judgment in the amount of Two Thousand Dollars and Zero Cents ($2,000.00) against the Defendants Gen Manhattan NYU, L.P., d/b/a Gen Korean BBQ, and Gen Restaurant Group, Inc. and in favor of Plaintiffs Artemio Cantu and Refugio Cantu shall be entered encompassing all of Plaintiffs' Causes of Action contained in the Complaint in this Action.

Dated: New York, New York
October 6, 2026

Vernon S. Broderick
United States District Judge